

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 25, 2021

> The application is **GRANTED**. By **August 5, 2021**, Defendants shall answer, move or otherwise respond to the complaint. The initial conference scheduled for July 8, 2021, (Dkt. No. 8), is **ADJOURNED to August 12, 2021, at 10:40 a.m.** By **August 5, 2021**, the parties shall file the joint letter and proposed case management plan outlined in the Court's May 24, 2021, Order (Dkt. No. 8).
>
> Dated: June 28, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Quaicoo, et al. v. Mayorkas, et al.*, No. 21 Civ. 3895 (LGS)

Dear Judge Schofield:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of thirty days to respond to the complaint (*i.e.*, from July 6 to August 5, 2021). I also respectfully request that the initial conference presently scheduled for July 8, 2021 be adjourned to the week of August 9, 2021, or thereafter.

The extension is respectfully requested because USCIS's New York Field Office is in the process of obtaining the necessary files for this matter. The additional time is requested to allow it to obtain the files and then to determine what next steps may be necessary with respect to plaintiffs' petition and application and the expected timeframe therefor. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs consent to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  *s/ Michael J. Byars*
     MICHAEL J. BYARS
     Assistant United States Attorney
     Telephone: (212) 637-2793
     Facsimile: (212) 637-2786
     E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)